■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DOUGLAS BARNES, Appellant. [23 NYS3d 895]—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Dowling, J.), rendered August 29, 2013, convicting him of manslaughter in the first degree, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

Contrary to the People's contention, the defendant preserved for appellate review his argument that manslaughter in the second degree should have been charged as a lesser included offense of murder in the second degree (*see* CPL 470.05 [2]). However, his request for the lesser included charge of manslaughter in the second degree was properly denied since, viewed in the light most favorable to the defendant, there was no reasonable view of the evidence to support a finding that he recklessly caused the victim's death without intending to cause serious physical injury, when he stabbed her 13 times, inflicting seven wounds which were independently fatal (*see People v Rivera*, 23 NY3d 112, 122 [2014]).

The sentence imposed was not excessive (*see People v Suitte*, 90 AD2d 80 [1982]).

The defendant's remaining contention is without merit. Mastro, J.P., Leventhal, Cohen and LaSalle, JJ., concur.